**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  May 30, 2025

**Notice**

Mr. Paul Whitfield Hughes, III
McDermott, Will & Emery
500 N. Capitol Street, N.W.
Washington, DC 20001

Mr. James R. Russell, Jr.
City of Cleveland Law Department
601 Lakeside Avenue, E., Room 106
Cleveland, OH 44114

> Re:  No. 24-3892
> *William Ellis v. Jeffrey Yasenchack, et al*

Dear Counsel:

    The Court has determined that oral argument is not required.  See I.O.P. 34(a)(4).  The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, July 30, 2025**.  You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                                Sincerely yours,

                                s/Karen S. Fultz
                                Calendar Deputy

cc:  Ms. Sarah Hogarth
     Mr. Joseph F. Scott
     Mr. Charles H. Seidell
     Ms. Carli Rose Young